UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| SOUTHERN COAL SALES CORPORATION, | ) ) ) | |
| | ) | Civil Action No. 12-132-ART |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| | ) | **ORDER** |
| XCOAL ENERGY & RESOURCES, et al., | ) ) ) | |
| Defendants. | ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*

XCoal Energy & Resources filed a motion to quash a subpoena served on McCoy Coal Group, Inc. R. 1. The challenged subpoena is part of a case filed in the Western District of Virginia. *See Southern Coal Sales Corp. v. XCoal Energy & Resources*, No. 7:12-cv-265-JCT (W.D. Va. June 18, 2012). Three days later, XCoal filed a motion to withdraw their motion to quash. R. 3. XCoal's motion meets the requirements for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1). XCoal's motion is effectively a "notice of dismissal," and Southern Coal has not filed its answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, under Rule 41(a)(1), it is **ORDERED** that XCoal Energy's motion, R. 3, is **GRANTED** and this matter is **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the Court's active docket.

This the 19th day of November, 2012.



Signed By:
*Amul R. Thapar*  AT
United States District Judge